UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DRYWALL TAPERS AND POINTERS OF GREATER :
NEW YORK LOCAL UNION 1974, AFFILIATED :
WITH INTERNATIONAL UNION OF ALLIED      :    22-CV-2486 (JMF)
PAINTERS AND ALLIED TRADES et al.,       :
:    ORDER
                        Petitioners,          :
:
        and                                   :
:
SEAMLESS WALL FINISHING INC.,             :
:
                        Respondent.            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 28, 2022, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **April 12, 2022**. Respondent's opposition, if any, is due on **April 26, 2022**. Petitioners' reply, if any, is due **May 3, 2022**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **April 12, 2022**, and shall file an affidavit of such service with the court no later than **April 13, 2022**.

SO ORDERED.

Dated: March 29, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge