UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO and Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, )<br><br>Petitioners, )<br><br>-against- )<br><br>Seamless Wall Finishing, Inc., )<br><br>Respondent. ) | Index No.: 22-cv-02486 (JMF)<br><br>JUDGMENT |

-----------------------------------------------------------------------------------------------------------

This action having been commenced on March 28, 2022 by the filing of the Summons and Petition, and a copy of the Summons and Petition, regarding the enforcement of an arbitration award, having been served on the Defendant, Seamless Wall Finishing, Inc., on April 5, 2022 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on April 19, 2022 and the Defendant not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of $7,241.87, which includes the following: arbitration award in the amount of $4,562.87, attorneys' fees in the sum of $2,160.00, court costs and disbursements of this action in the sum of $519.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Petitioners be entered as a final judgment against Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  New York, New York
             May 23 , 2022

The Clerk of Court is directed to close the case.

So Ordered:

_____

Honorable Jesse M. Furman, U.S.D.J.

.